Hillsborough, {
Dec. 5, 1916. }

### ELIZABETH A. ROBERTSON *v.* HILLSBOROUGH.

ACTION, under Laws 1893, *c.* 59, for damages to one traveling upon a highway. Trial by jury. The court subject to exception instructed the jury that there was no evidence upon which they could find that the plaintiff's injuries were due to a dangerous embankment within the meaning of the statute. Transferred from the May term, 1916, of the superior court by *Branch,* J.

*Robert W. Upton* (by brief and orally), for the plaintiff.

*Taggart, Burroughs, Wyman & McLane,* for the defendant. *Mr. Wyman* was present for argument, but was not called upon.

*Per curiam.* The question presented was decided in *Wilder* v. *Concord,* 72 N. H. 259.

                                      *Exception overruled.*